JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. Thomas Colonna
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Richard.Colonna@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAQUELINE RAMOS GARCIA, ELOY GERARDO ZUNIGA-JIMENEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DOE DEFENDANTS 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-1249-JCM-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Plaintiffs and Defendant, through their undersigned counsel, stipulate that this action may be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 8th day of November 2024.

YAN KENYON

*/s/ Jay A. Kenyon*
JAY A. KENYON, ESQ.
Nevada Bar No. 6376
7881 W. Charleston Blvd., Suite 165
Las Vegas, NV 89117
*Attorneys for Plaintiffs*

JASON M. FRIERSON
United States Attorney

*/s/ R. Thomas Colonna*
R. THOMAS COLONNA
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

**DATED:** November 14, 2024